# United States District Court
## For The Western District of North Carolina
## Statesville Division

CHRISTOPHER M. COWAN,

       Petitioner,                       JUDGMENT IN A CIVIL CASE

vs.                                       CASE NO. 5:09CV58-1-MU

ALVIN KELLER,

       Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 28, 2009, Order.

               Signed: May 28, 2009

               *Frank G. Johns*

               Frank G. Johns, Clerk
               United States District Court